Michael Paul PUZEY, Plaintiff–
Appellant,

v.

Craig BROADWATER, United States
District Judge, Defendant–
Appellee.

No. 10–7745.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 30, 2011.

Decided: July 5, 2011.

Michael Paul Puzey, Appellant Pro Se.

Before WILKINSON, DUNCAN, and
WYNN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Michael Paul Puzey appeals the district
court's orders dismissing his action
brought pursuant to the Federal Tort
Claims Act and denying his motion for
reconsideration. We have reviewed the
record and find no reversible error. Accordingly,
although we grant leave to proceed
in forma pauperis, we affirm for the
reasons stated by the district court. *Puzey v. Broadwater*, No. 1:10–cv–00060–JRG
(N.D.W. Va. Oct. 13, 2010; filed Nov. 22,
2010 and entered Nov. 23, 2010). We dispense
with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*